IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIANA PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-827-GBW |
| ) | |
| LEXISNEXIS RISK SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington, this 25th day of August 2025,

WHEREAS, on July 9, 2025, this Court granted Plaintiff leave to file an amended complaint to cure deficiencies in the complaint on or before August 11, 2025 (see D.I. 20, 21); and

WHEREAS, to date, Plaintiff has taken no action in the instant case since this Court's issuance of the aforementioned Order;

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court is directed to **CLOSE** this case.

The Honorable Gregory B. Williams
United States District Judge